**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                   **Case Nos.:    3:14cr20/RV/CJK
                                                                        3:15cv258/RV/CJK**

**VICTOR E. PINCKARD**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 26, 2015 (doc. 145).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation,  I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendant's Notice of Withdrawal, construed as a "motion to dismiss" (ECF No. 144), is **GRANTED**.

3.      Defendant's amended motion to vacate (ECF No. 132) is dismissed without prejudice.

**DONE AND ORDERED** this 3rd  day of December, 2015.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**